# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Jeffrey Joseph Calihan,                                                                 Civil No. 15-cv-517 (ADM/TNL)

      Plaintiff,

v.                                                                                                           **ORDER**

Connie Bursaw,

      Defendant.

---

Jeffrey Joseph Calihan, 2494 East Harvester Avenue, Maplewood, MN 55119 (*pro-se* Plaintiff).

---

      Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated March 9, 2015 [Docket No. 3], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. Plaintiff Jeffrey Joseph Calihan's application to proceed in forma pauperis [Docket No. 2] is **DENIED AS MOOT.**

      LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: March 30, 2015                                        s/Ann D. Montgomery
                                                                                          The Honorable Ann D. Montgomery
                                                                                          United States District Court Judge